In the Matter of the Claim of BENJAMIN GOLDBERG, Appellant, against THE CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, unless appellant perfects appeal. files and serves record, and is ready for argument at the term of this court commencing September 11, 1939, in which event the motion is denied. Motion by appellant for permission to appeal on typewritten papers granted.

In the Matter of the Claim of BERNARD GRANT, Respondent, against ELLIOTT HARDWOOD Co., Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for substitution of Mary R. Grant, as administratrix, etc., of Bernard Grant, deceased, as claimant-respondent, granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY GRIECO, Relator, v. THOMAS H. MURPHY, as Warden of Clinton State Prison at Dannemora, N. Y., Defendant.— Motion for permission to appeal on typewritten papers granted.

THE PEOPLE OF THE STATE OF NEW YORK v. JULIAN N. HANCOCK, Defendant.— Motion for permission to appeal on typewritten papers granted.

THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN KRAKOFSKY, Defendant. — Motion for permission to appeal on typewritten papers granted.

In the Matter of the Claim of LAMBERT LOCHS, Appellant, against PARAFFINE COMPANIES, INC., and THE GLOBE INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal on typewritten papers granted.

In the Matter of the Application for the Revocation of the Authorization and License Heretofore Granted to Dr. CHARLES MESTER to Practice Medicine in the State of New York, and for the Cancellation of His Registration as a Physician, or for Such Other Relief as the Premises Warrant.— Motion for permission to appeal on typewritten record and briefs granted.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE MITCHELL, Defendant.— Motion for permission to appeal on typewritten papers denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD POTTER, Petitioner, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion for permission to appeal on longhand record denied.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SUTTON, Defendant.— Motion for permission to appeal on typewritten papers granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WHITNEY, Relator, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion for permission to appeal on typewritten papers granted. Application for permission to argue appeal in person denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN G. M. HILTON, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessment and Taxation of the City of Albany, N. Y., and Others, Appellants.— Motion to modify or resettle order (entered March 29, 1939) as set forth in moving papers, denied. [See 256 App. Div. 479.] All concur, except Hill, P. J., who dissents.